m

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMA LITA HAMER,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 5:26-cv-03828-DMG-AJR<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS** |

On July 10, 2026, *pro se* Plaintiff Carma Lita Hamer ("Plaintiff"), filed a Complaint for Review of Social Security Decision. (Dkt. 1.) On September 17, 2026, Defendant Frank Bisignano, Commissioner of Social Security ("Defendant") filed a Motion to Dismiss. (Dkt. 10.) The motion contends that the action should be dismissed because Plaintiff has not yet received a final decision from the Commissioner. (Id. at 2.) Specifically, the motion states that an administrative law judge dismissed Plaintiff's request for a hearing as untimely in February of 2026. (Id.) The dismissal explained that Plaintiff had sixty days from the date she received the dismissal to appeal to the Appeals Council. (Id.) Plaintiff appealed to the Appeals Council in May of 2026. (Id.) On September 2, 2026, the Appeals Council sent Plaintiff a letter asking for a statement of good cause as to why her

appeal was late. (Id.) The Appeals Council has not yet completed its review of Plaintiff's case. (Id.)

After reviewing the Motion to Dismiss, the Court scheduled a status conference for September 25, 2026 at 1:30 p.m. to discuss the motion. (Dkt. 11.) The Court scheduled this hearing to occur by Zoom for the convenience of the parties and emailed links to the parties to join the videoconference. However, the hearing could not proceed because Plaintiff failed to appear. Accordingly, Plaintiff is ordered to show cause no later than **October 9, 2026**, why this action should not be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). **Plaintiff is expressly warned that failure to timely respond to this Order will result in a recommendation that this action be dismissed with or without prejudice pursuant to Rule 41(b).** Plaintiff may satisfy this Order by filing a response, signed under penalty of perjury, explaining why she did not appear at the scheduled status conference and why this action should not be dismissed for failure to prosecute and obey Court orders.

The Court also notes that based on the information provided in the motion, it appears that Plaintiff has not yet received a final decision from the Commissioner. That means that Plaintiff's Complaint is premature. It appears that Plaintiff still needs to respond to the request for a statement of good cause from the Appeals Council and then await a final decision from the Appeals Council. If Plaintiff would like to voluntarily dismiss the action without prejudice, she can file a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

If Plaintiff wants to continue to pursue this action, she must file an opposition to the Motion to Dismiss no later than October 17, 2026. (Dkt. 6 at 2.) Plaintiff is expressly warned that failure to timely file an opposition will be construed as consent to the granting of the Motion to Dismiss. See C.D. Cal. L.R. 7-12. Plaintiff's failure to timely file an opposition may also result in a recommendation

that this action be dismissed with or without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

The Court reminds Plaintiff that there are several Federal *Pro Se* Clinics that offer information and guidance to individuals who are representing themselves in federal civil actions in the Central District of California. The clinics are operated by separate non-profit law firms, not the Court. The lawyers and staff at the clinics will not take on direct representation of any individual, but they provide a broad range of information and guidance about many aspects of civil litigation in federal court. There is a separate clinic located at each of the three courthouses in the Central District of California:

Los Angeles: The clinic is located in Suite 170 (Terrace Level) of the Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California 90012. For information on hours of operation and appointments, call (213) 385-2977, Ext. 270 or visit the *Pro Se* Clinic Home Page at https://prose.cacd.uscourts.gov/los-angeles. The law firm that runs the Los Angeles *Pro Se* Clinic also offers many helpful templates, guides, samples, and instructional videos that are all available online at https://www.publiccounsel.org/services/federal-court/.

Santa Ana: The clinic is located in Room 1055 of the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, California. For information on hours of operation and appointments, call (714) 541-1010, Ext. 222 or visit the *Pro Se* Clinic Home Page at https://prose.cacd.uscourts.gov/santa-ana.

Riverside: The clinic is located in Room 125 of the George E. Brown Federal Building, 3470 12th Street, Riverside, California 92501. For information on hours of operation and appointments, call (951) 682-7968 or visit the *Pro Se* Clinic Home Page at https://prose.cacd.uscourts.gov/riverside.

IT IS SO ORDERED.

DATED: September 25, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

Attachments:

CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).